UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| RICHARD CASAREZ LOPEZ, § | |
| Petitioner, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 4:16-CV-3777 |
| LORIE DAVIS, § | |
| Director, Texas Department of Criminal § | |
| Justice–Correctional Institutions Division, § | |
| Respondent. § | |

## Order of Adoption

On November 13, 2017, Magistrate Judge Stephen Wm. Smith issued a Memorandum and Recommendation (27). Petitioner requested an extension of sixty days, or until January 29, 2018, to file objections (28). No objections have been filed and his request for an extension is denied as moot. After considering the record and the law, the court adopts the Memorandum and Recommendation as its Memorandum and Order. Lopez's petition for writ of habeas corpus is denied with prejudice as time-barred. A certificate of appealability will not issue.

Signed April 12, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge